97 A.3d 741

**Leo E. and Sandra L. SHEDDEN, Petitioners**

**v.**

**ANADARKO E & P COMPANY, L.P., Respondent.**

Supreme Court of Pennsylvania.

Aug. 14, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 14th day of August, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue is:

The [t]rial [c]ourt found as a matter of law that the [l]essors are estopped from denying that an oil[-]and[-]gas lease covered after-acquired oil[-]and[-]gas rights even though the [l]essee only paid the [l]essors in proportion to the [l]essors' actual interest. Was it error for the Superior Court to affirm the [t]rial [c]ourt's grant of [s]ummary [j]udgment in favor of the [l]essee and against the [l]essors?